## PARSONS v. STATE.
### No. 20165.

Court of Criminal Appeals of Texas.

Feb. 15, 1939.

No attorney appeared for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is possession of whisky in dry area for purpose of sale. The punishment assessed is a fine of $500.

The record is before us without a statement of facts or bills of exceptions. The information is sufficient to charge the offense, and all procedural matters seem to be in due order.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the· Court.